

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00608-CV

**IN RE CITY OF SAN ANTONIO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

Delivered and Filed: December 30, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On December 18, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CI-23536, styled *RCI Entertainment (San Antonio) Inc., d/b/a XTC Cabaret v. City of San Antonio*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.